

U.S. DISTRICT COURT
SAN DIEGO DISTRICT
Southern District
of California

NUNC PRO TUNC

SEP 24 2013

Gregory Ackers
503 W Olympic Bl.
Santa Monica,Ca
   90401
(310) 450-4050
greganchors@yahoo.com

case# 12-CV-3044 JLS WMC

Gregory Ackers
   Pltf
   V.
BANK OF AMERICA et-al
   Dft.

MOTION FOR CONTINUANCE

On the date of 18 July 2013, the dist. allowed Pltf 30 days from date of designation to re-establish a complaint & a pleading. However, said order from dist was not mailed to Pltf until Aug 16 2013: more than 30 days after the dist notarized & dated the document. Pltf prays to dist. to maintain aforementioned case of Ackers V Bank of America, et-al on the grounds that justice must be served despite incompetence of clerical workers @ U.S. Dist court.

Gregory Ackers
Signed Sept 20, 2013

1.

Gregory Ackess
503 W. Olympic Bl.
Santa Monica CA
90401

U.S. Dist Court
So. Dist California
221 W. Broadway
S.D., CA 92101

Attn: Hon. Sammartino

SANTA CLARITA CA 913
21 SEP 2013 PM 5 L

FOREVER USA
Bank Swallow

